An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RACHELL A. RHEIN,
Appellant/Cross-Respondent,
vs.
NOAH C. RHEIN,
Respondent/Cross-Appellant.

No. 66086



FILED

DEC 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

This is a pro se appeal and cross-appeal from a district court post-divorce decree order concerning child custody and parenting issues. Eighth Judicial District Court, Family Court Division, Clark County; Kenneth E. Pollock, Judge.

Our review of the documentation before this court reveals a jurisdictional defect. After the district court entered the order on June 25, 2014, respondent/cross-appellant filed a timely motion to set aside the order on July 3, 2014. It appears that the district court has not entered a written order resolving that motion. In the minutes from September 24, 2014, the district court indicated that it was divested of jurisdiction to resolve the motion while the appeals are pending. A timely post-judgment motion that seeks a substantive change to the judgment tolls the time to file a notice of appeal. *See* NRAP 4(a)(4); *AA Primo Builders, LLC v. Washington*, 126 Nev. ___, ___, 245 P.3d 1190, 1194–95 (2010). Because the district court has not yet resolved the motion to set aside, jurisdiction remains in the district court, and the parties' appeals are premature. *See* NRAP 4(a)(6). Accordingly, we dismiss this appeal and cross-appeal

Supreme Court
OF
Nevada

(O) 1947A

without prejudice to the right of either party to file a new timely notice of appeal once the motion to amend is resolved, if they are still aggrieved. *See* NRAP 4(a)(4).

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Kenneth E. Pollock, District Judge, Family Court Division
       Rachell A. Rhein
       Noah C. Rhein
       Eighth District Court Clerk